**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

KROY IP HOLDINGS, LLC,                            Civil Action No. 6:11-CV-330 (LED)

    Plaintiff,

    v.

LOYALTYWORKS, INC., FROSCH
INTERNATIONAL TRAVEL INC., ACI          **JOINT STIPULATION TO DISMISS**
WORLDWIDE INC., CAPITA                   **WITHOUT PREJUDICE**
TECHNOLOGIES INC., PERFORMANCE           **ACI WORLDWIDE, INC.**
SYSTEMS GROUP, INC. AND LW
ACQUISITION, LLC

    Defendants.

**JOINT STIPULATION TO DISMISS WITHOUT PREJUDICE**
**ACI WORLDWIDE, INC.**

Plaintiff Kroy IP Holdings, LLC ("Plaintiff") and Defendant ACI Worldwide, Inc.

("Defendant ACI") hereby stipulate as follows:

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, this action by and

between Plaintiff and Defendant ACI, including all claims and counterclaims by and between the

Parties, shall be dismissed without prejudice;

As between Plaintiff and Defendant ACI each party shall bear its own attorney and expert

fees and costs.

It is so stipulated.

DATED October 15, 2012.                    Respectfully submitted,

                                           KROY IP HOLDINGS, LLC, Plaintiff

                                           By: \s\ *Stevenson Moore*
                                           Hao Ni
                                           Texas Bar No. 24047205
                                           hni@nilawfirm.com
                                           Stevenson Moore V
                                           Texas Bar No. 24076573
                                           smoore@nilawfirm.com

                                           **Ni Law Firm, PLLC**
                                           8140 Walnut Hill, Ste. 310
                                           Dallas, TX 75231
                                           Telephone: 972.331.4604
                                           Fax: 972.314.0900

                                           John W. Olivo, Jr., Esq.
                                           Heninger Garrison Davis, LLC
                                           220 St. Paul Street
                                           Westfield, NJ 07090
                                           Phone: 908-379-8475
                                           Fax: 205-326-3332
                                           jack@hgdlawfirm.com

                                           **ATTORNEYS FOR PLAINTIFF KROY IP
                                           HOLDINGS, LLC**

ACI WORLDWIDE INC., Defendant

By:  */s/  Nathaniel  St.  Clair,  II  (With Permission)*
Robert W. Kantner, Esq.
Nathaniel St. Clair, II, Esq.
Jones Day
2727 N. Harwood
Dallas, Texas 75201
Phone: 214-969-3776
Fax: 214-969-5100
rwkantner@jonesday.com
nstclair@jonesday.com

**ATTORNEY  FOR  DEFENDANT  ACI WORLDWIDE INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 15th day of October 2012, the foregoing document

was filed electronically using the CM/ECF system in compliance with Local Rule CV-5(a).

_/s/  Stevenson Moore_
Stevenson Moore